RECEIVED

2005 OCT 31 P 2: 35

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHAHEED MUHAMMAD,<br><br>    Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY; and<br>YOLANDA BROWN, Sales<br>Representative, and FICTITIOUS<br>DEFENDANTS A, B, C, D, E, and F,<br>being those persons, sales representatives,<br>firms or corporations, whose fraud,<br>scheme to defraud, negligence, and/or<br>other wrongful conduct caused or<br>contributed to the Plaintiff's injuries and<br>damages, and whose true names and<br>identities are presently unknown to the<br>Plaintiff but will be substituted by<br>amendment when ascertained,<br><br>    Defendants. | CASE NO.: 05-1046 |

**DEFENDANT ELI LILLY AND COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant Eli Lilly and Company, pursuant to Rule 7.1, hereby states that it does not have a parent corporation and that there are no publicly held corporations that own 10% or more of its stock.

_____
James C. Barton, Jr.
Bar Number: ASB-0237-B51J
Email: jbartonjr@jbpp.com

Alan D. Mathis
Bar Number: ASB-8922-A59M
Email: adm@jbpp.com

Johnston Barton Proctor & Powell LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203

Attorneys for defendant
Eli Lilly and Company

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Corporate Disclosure Statement was served by first class mail, postage prepaid, on this 31st day of October, 2005 upon the following:

E. Frank Woodson
Beasley, Allen, Crow, Methvin,
Portis & Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36104
(334)269-2343

_____
Of Counsel

W0530792.DOC