Exh. A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FOREST SPEAKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 2:05-cv-873-F |
| ELI LILLY AND COMPANY, | ) ) ) |
| Defendant. | ) ) |

## ORDER

This cause is before the Court on the unopposed Motion by Defendant Eli Lilly and Company to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (Doc. # 10). Upon consideration, the motion is hereby GRANTED and this case is STAYED pending a final decision from the Judicial Panel on Multidistrict Litigation on transfer of this case to the multidistrict litigation proceeding.

DONE this 27th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE