Exh. D

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHAHEED MUHAMMAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: _____ |
| | ) |
| ELI LILLY AND COMPANY; and YOLANDA BROWN, Sales Representative, and FICTITIOUS DEFENDANTS A, B, C, D, E, and F, being those persons, sales representatives, firms or corporations, whose fraud, scheme to defraud, negligence, and/or other wrongful conduct caused or contributed to the Plaintiff's injuries and damages, and whose true names and identities are presently unknown to the Plaintiff but will be substituted by amendment when ascertained, | ) |
| Defendants. | ) |

## ORDER

This cause is before the Court on the Motion by Defendant Eli Lilly and Company to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation. Upon consideration, the motion is hereby GRANTED and this case is STAYED pending a final decision from the Judicial Panel on Multidistrict Litigation on transfer of this case to the multidistrict litigation proceeding.

DONE this ____ day of October, 2005

_____
UNITED STATES DISTRICT JUDGE