# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

JUL 2 0 2005 ⋆

BROOKLYN OFFICE

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT OFFICE**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C.  20002

Telephone:  [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

July 15, 2005

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re:  MDL-1596 -- In re  Zyprexa Products Liability Litigation

(See Attached Schedule CTO-26)

Dear Mr. Heinemann:

I am enclosing a certified  copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>June 29, 2005</u>.  As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer.  The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By_____
Mecca S. Carter
Deputy Clerk

Attachment

cc:   Transferee Judge:        Judge Jack B. Weinstein
      Transferor Judges        (See Attached List of Judges)
      Transferor Clerks:       (See Attached List of Clerks)

JPML Form 36

A CERTIFIED TRUE COPY

JUL 15 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 29 2005

FILED
CLERK'S OFFICE

**DOCKET NO. 1596**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION**

**(SEE ATTACHED SCHEDULE)**

**CONDITIONAL TRANSFER ORDER (CTO-26)**

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 156 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 15 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-26 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #                    CASE CAPTION

ALABAMA NORTHERN
  ALN 5  05-1279           Michael C. Kelley v. Eli Lilly & Co.

OHIO NORTHERN
  OHN 1  05-1635           Carl Spratt, etc. v. Eli Lilly & Co.

PENNSYLVANIA EASTERN
  PAE 2  05-2696           Roy L. Hayes, et al. v. Eli Lilly & Co., et al.

TEXAS SOUTHERN
  TXS 4  05-2046           Carolyn A. Stevens v. Eli Lilly & Co., et al. Opposed 7/15/05
  TXS 4  05-2047           Russell Craig v. Eli Lilly & Co.
  TXS 4  05-2048           Jerry A. Rodriguez v. Eli Lilly & Co., et al. Opposed 7/15/05
  TXS 4  05-2049           George Nathan Pheneger v. Eli Lilly & Co.
  TXS 4  05-2050           Latishka C. Conley-Essel v. Eli Lilly & Co., et al. Opposed 7/15/05
  TXS 4  05-2051           Shirley D. Manley v. Eli Lilly & Co., et al. Opposed 7/15/05
  TXS 4  05-2052           Joshua E. Fleischer v. Eli Lilly & Co., et al. Opposed 7/15/05
  TXS 4  05-2053           Brenda M. Teal v. Eli Lilly & Co., et al. Opposed 7/15/05
  TXS 4  05-2054           Shirley A. Foretich v. Eli Lilly & Co.
  TXS 4  05-2055           Willie Harrell v. Eli Lilly & Co.
  TXS 4  05-2056           Cecilia M. Van v. Eli Lilly & Co., et al. Opposed 7/15/05
  TXS 4  05-2057           Sandra D. Smith v. Eli Lilly & Co.
  TXS 4  05-2058           Dorothy L. Traylor v. Eli Lilly & Co., et al. Opposed 7/15/05
  TXS 4  05-2059           Teresa Jackson v. Eli Lilly & Co.
  TXS 4  05-2060           Kathryn D. Blaylock v. Eli Lilly & Co., et al. Opposed 7/15/05
  TXS 4  05-2061           Wanda L. Thomas v. Eli Lilly & Co., et al. Opposed 7/15/05
  TXS 4  05-2062           Cynthia D. McDonald v. Eli Lilly & Co., et al. Opposed 7/15/05
  TXS 4  05-2123           Gertie J. Markham v. Eli Lilly & Co., et al. Opposed 7/15/05
  TXS 4  05-2124           Mary E. Davis v. Eli Lilly & Co.

# INVOLVED COUNSEL LIST (CTO-26)
## DOCKET NO. 1596
### IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Andrew Agati
Squire, Sanders & Dempsey
4900 Key Tower
127 Public Square
Cleveland, OH 44114

Lee B. Balefsky
Kline & Specter
1525 Locust Street
19th Floor
Philadelphia, PA 19102

T. Marc Calvert
Calvert & Associates
2180 North Loop West
Suite 110
Houston, TX 77018

W. Lewis Garrison, Jr.
Garrison, Scott, Gamble & Rosenthal, PC
P.O. Box 11310
2224 1st Avenue North
Birmingham, AL 35202

Jay H. Henderson
Cruse, Scott, Henderson & Allen
2777 Allen Parkway
7th Floor
Houston, TX 77019-3005

Matthew Thomas McCracken
Marshall & McCracken, PC
1990 Post Oak Boulevard
Suite 2400
Houston, TX 77056

Jon Paul Sawyer
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Robert A. Schwartz
Bailey Galyen, et al.
18333 Egret Bay Blvd.
Suite 120
Houston, TX 77058

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Newark, NJ 07102

Mary H. Smith
Smith & Smith
5120 Woodway
Suite 7036
Houston, TX 77056

Gayle L. Tanner
Brown McCarroll
2000 Trammel Crow Center
2001 Ross Avenue
Dallas, TX 75201

Anthony C. Vale
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Gene M. Williams
Shook, Hardy & Bacon
Chase Tower, Suite 1600
600 Travis Street
Houston, TX 77002-2911

INVOLVED JUDGES LIST (CTO-26)
DOCKET NO. 1596
IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. Nancy F. Atlas
United States District Judge
515 Rusk Street
Suite 9015
Houston, TX 77002

Hon. Keith P. Ellison
United States District Judge
Bob Casey United States District Court
515 Rusk Street
Room 8631
Houston, TX 77002

Hon. Vanessa D. Gilmore
United States District Judge
9513 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Paul W. Greene
United States Magistrate Judge
319 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Melinda Harmon
United States District Judge
9114 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Kenneth M. Hoyt
United States District Judge
11144 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Lynn N. Hughes
United States District Judge
11122 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Sim Lake
United States District Judge
9535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Solomon Oliver, Jr.
United States District Judge
17A Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113-1838

Hon. Lee H. Rosenthal
United States District Judge
11535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Timothy J. Savage
United States District Judge
7614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Ewing Werlein, Jr.
United States District Judge
9136 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

**INVOLVED CLERKS LIST (CTO-26)**
**DOCKET NO. 1596**
**IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION**

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Michael E. Kunz, Clerk
2609 James A. Byrne
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Perry D. Mathis, Clerk
U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801