# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

October 19, 2005

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached CTO- 31)

Dear Mr. Heinemann:

    I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>October 3, 2005</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

    The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

    A list of involved counsel is attached.

    Very truly,

Michael J. Beck
Clerk of the Panel

By [signature]
Deputy Clerk

Attachment

cc: Transferee Judge:    Judge Jack B. Weinstein
    Transferor Judges:   (See Attached List of Judges)
    Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36

# SCHEDULE CTO-31 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM  2  05-873 | Forest Speaks v. Eli Lilly & Co. |
| **ALABAMA NORTHERN** | |
| ALN  2  05-1921 | Robert Foster v. Eli Lilly & Co. |
| **CALIFORNIA CENTRAL** | |
| ~~CAC  2  05-6556~~ | ~~Debra C. Young v. Eli Lilly & Co.~~ CTO Vacated 10/14/05 |
| **IDAHO** | |
| ID  1  05-350 | Tom W. Preston v. Eli Lilly & Co. |
| **MINNESOTA** | |
| MN  0  05-2130 | Steven J. Turnbull, et al. v. Eli Lilly & Co. |
| MN  0  05-2131 | Kent L. Nielsen, et al. v. Eli Lilly & Co. |
| MN  0  05-2132 | John R. Anderson, et al. v. Eli Lilly & Co. |
| **MISSOURI WESTERN** | |
| MOW  4  05-839 | Shontil Hunter v. Eli Lilly & Co., et al. |
| **TEXAS NORTHERN** | |
| TXN  3  05-1840 | Fidelis Overo, et al. v. Eli Lilly & Co. |

INVOLVED COUNSEL LIST (CTO-31)
DOCKET NO. 1596
IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Bill Arnold
Law Office of Patrick J. Mulligan, P.C.
2911 Turtle Creek Boulevard
Suite 900
Dallas, TX 75219

Colleen T. Davies
Reed Smith, LLP
1999 Harrison Street, Suite 2600
P.O. Box 2084
Oakland, CA 94604-2084

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Kevin B. Homer
1565 South Boulevard
P.O. Box 51015
Idaho Falls, ID 83404

Richard B. Korn
Fox Galvin, LLC
One Memorial Drive
Eighth Floor
St. Louis, MO 63102

Janet H. Kwuon
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

Rhett A. McSweeney
McSweeney & Fay, PLLP
2116 Second Avenue, South
Minneapolis, MN 55404

Christopher R. Miller
Humphrey, Farrington & McClain, P.C.
221 West Lexington
Suite 400
P.O. Box 900
Independence, MO 64050

Joseph R. Poirot
Ferrer, Poirot & Wansbrough
2603 Oak Lawn Avenue
Suite 300
P.O. Box 199109
Dallas, TX 75219

Andrew Bruce See
Shook, Hardy & Bacon, L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108-2613

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Newark, NJ 07102

Anthony C. Vale
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Joe R. Whatley, Jr.
Whatley Drake, LLC
2323 2nd Avenue, North
P.O. Box 10647
Birmingham, AL 35202-0647

Debra C. Young
3905 State, Number 7-189
Santa Barbara, CA 93105

# INVOLVED JUDGES LIST (CTO-31)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. William M. Acker, Jr.
Senior U.S. District Judge
481 Hugo L. Black U.S. Courthouse
1729 5th Avenue, North
Birmingham, AL 35203-0065

Hon. Delores R. Boyd
U.S Magistrate Judge
United States District Court
P.O. Box 430
Montgomery, AL 36101-0430

Hon. Larry M. Boyle
U.S. Magistrate Judge
U.S. Courthouse, Room 630
550 West Fort Street, MSC 040
Boise, ID 83724

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

~~Hon. Dale S. Fischer~~
~~U.S. District Judge~~
~~G-8 United States Courthouse~~
~~312 North Spring Street~~
~~Los Angeles, CA 90012~~

Hon. Sidney A. Fitzwater
U.S. District Judge
15A3A Earle Cabell Federal Building
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Ortrie D. Smith
U.S. District Judge
7652 Charles E. Wittaker
U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

# INVOLVED CLERKS LIST (CTO-31)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Cameron S. Burke, Clerk
Federal Building & U.S. Courthouse,
MSC 039
550 West Fort Street,
Boise, ID 83724

Debra P. Hackett, Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

Karen S. Mitchell, Clerk
14A20 Earle Cabell Federal Building
& United States Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker
United States Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

~~Sherri R. Carter, Clerk~~
~~G-8 U.S. Courthouse~~
~~312 North Spring Street~~
~~Los Angeles, CA 90012~~