**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 15, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Shaheed Muhammad vs. Eli Lilly and Company et al.**
**Case Number:   2:05cv1046-MHT**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 12   filed on  March 15, 2006.**