```
                                         FILED
                                     IN CLERK'S OFFICE
UNITED STATES DISTRICT COURT    U.S. DISTRICT COURT, E.D.N.Y.
EASTERN DISTRICT OF NEW YORK
---------------------------------------------X  ★ JAN 1 1 2005 ★

                                     BROOKLYN OFFICE

IN RE- ZYPREXA LITIGATION            ORDER
                                     04 MD 1596 (JBW)


---------------------------------------------X
```

It is expected that all discovery to date will be shared by past and incoming parties without the need for duplication.

                                                    s/Jack B. Weinstein
                                                    JACK B. WEINSTEIN
                                            SR. UNITED STATES DISTRICT JUDGE

DATED: 1/5/05

