IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SHAHEED MUHAMMAD, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:05cv1046-MHT |
| | ) | |
| ELI LILLY AND COMPANY and | ) | |
| YOLANDA BROWN, Sales | ) | |
| Representative, | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

It is ORDERED that the motion to reconsider (Doc. No. 12) is denied.

DONE, this the 24th day of March, 2006.

                          /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE