**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 1, 2006

# NOTICE OF MDL FILE TRANSFER

Robert C. Heinemann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

In Re:   MDL 1596 Zyprexa Products Liability Litigation
         Your Case No. C.A. 1:06-cv-1996 (JBW)(RLM)
         MD of AL No. 2:05cv-1046-MHT Shaheed Muhammad vs. Eli Lilly, et al

In response to your letter dated May 23, 2006, please find the entire file, a certified copy of the docket sheet, and the MDL Transfer Order, together with a copy of your transfer letter.

Please acknowledge receipt by returning a copy of this letter.

Sincerely,
Debra P. Hackett, Clerk

By:
        Deputy Clerk

Enclosures

c: Counsel of Record